UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD RITCHIE, | ) | Case No. 13-cv-05277-SC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| vs. | ) | LEAVE TO WITHDRAW |
| | ) | AS ATTORNEY OF RECORD AND |
| NCO FINANCIAL SYSTEMS, INC., | ) | TO SUBSTITUTE COUNSEL |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS CAUSE having come before the Court upon an Unopposed Motion for Leave to Withdraw as Counsel of Record for Defendant, NCO Financial Systems, Inc. ("NCO"), and the Court being informed that there are no objections to the granting of this Motion, the Motion is hereby **GRANTED.**

Albert R. Limberg, Esq. is hereby relieved of further responsibility for Defendant NCO.

DONE AND ORDERED this __5th__ day of __March_____ 2014.



Hon. Samuel Conti
United States District Judge

Order Granting Motion to Withdraw and Substitute Counsel of Record

1