Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD RITCHIE<br><br>                    Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC., and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  13-cv-05277-SC<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NCO FINANCIAL SYSTEMS, INC.<br><br>Date: June 20, 2014<br>Time: 10:00 a.m.<br>Courtroom: 1-17th Floor<br>Judge: Hon. Samuel Conti |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2014 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 1-17th Floor of the United

States District Court, Northern District of California, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102 Defendant NCO Financial Systems, Inc. ("NCO") will and hereby does move the Court for an order for Summary Judgment on all Claims.

Federal Rule of Civil Procedure Rule 56 permits any party to a civil action to move for summary judgment on a claim, counterclaim, or cross-claim. Fed. R. Civ. P. 56. Summary judgment is appropriate where the Court is satisfied "that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the complete records and file herein, and upon such evidence and arguments that may be presented before the time of the Court's ruling on the motion.

Dated: 5/5/14            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Damian P. Richard
Damian P. Richard
Attorney for Defendant
NCO Financial Systems, Inc.