1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Damian P. Richard, Esq. (SBN 262805)
3  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
   1545 Hotel Circle South, Ste 150
4  San Diego, CA  92108
5  Tel:   619/758-1891
   Fax:   619/296-2013
6  dpk@sessions-law.biz
7  drichard@sessions-law.biz

8  Attorneys for NCO Financial Systems, Inc.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  TODD RITCHIE,                        )  Case No.  13-cv-05277-SC
                                         )
14                  Plaintiff,           )
                                         )
15         vs.                           )  DECLARATION OF GREG
                                         )  STEVENS IN SUPPORT OF
16  NCO FINANCIAL SYSTEMS, INC., and     )  DEFENDANT NCO FINANCIAL
    DOES 1-10 inclusive,                 )  SYSTEMS,  INC.'S MOTION FOR
17                                       )  SUMMARY JUDGMENT
                                         )
18                  Defendants.          )
                                         )
19                                       )
                                         )
20  ─────────────────────────────────── )

21              **DECLARATION OF GREG STEVENS**

22         I, Greg Stevens, hereby declare as follows:

23         1.     I am Vice President Audit Compliance – Operations Control for NCO

24  Financial Systems, Inc. ("NCO").     I make this declaration in support of NCO's

25  Motion for Summary Judgment.  I have personal knowledge of each of the matters

26

27

28

Judgment.  I have personal knowledge of each of the matters set forth in this Declaration, and if called as a witness, would testify competently to them.

2.      As part of my job responsibilities, I review the files and records maintained by NCO in the ordinary course of its business.  I have access to the collection records, client databases, and other electronic materials maintained by NCO in the ordinary course of business.   Entries are made into these records at or near the applicable event by individuals having personal knowledge of the event.  NCO relies on these records in the ordinary course of its debt collection business.

3.      These documents are prepared in the ordinary course of business, saved in the ordinary course of business, and stored in the ordinary course of business as they are prepared.  Based on my experience, these documents and records are true and correct copies of the originals and are used by NCO in its debt collection business.  I have personally reviewed records relating to the accounts of Plaintiff Todd Ritchie ("Plaintiff") which were placed with NCO for collection.

4.      Plaintiff defaulted on three different credit card accounts with American Express ("AmEx").  All three AmEx accounts were placed with NCO for collection.   These three accounts are the only accounts processed by NCO which relate to Plaintiff or his cell phone number ending in telephone number 9596.

5.      On January 23, 2010, AmEx placed the first of Plaintiff's three delinquent credit card accounts with NCO for collection.  The first account ended in AmEx account number 1004 and upon placement was assigned NCO account number HV4761.  NCO made no calls to Plaintiff's cell number 9596 from this account.  A true and correct copy of the account notes is attached as Exhibit A.

6.     On March 21, 2013, AmEx placed the second delinquent account with NCO for collection.  The second account ended in AmEx account number 2007 and was assigned NCO account number LL7875 at placement.  Beginning later that month, NCO began making manual calls to Plaintiff's cell phone number ending in 9596.  NCO made 5 manual calls to Plaintiff's cell phone on the LL7875 account.  No calls to Plaintiff's cell phone were made using an Automatic Telephone Dialing System ("ATDS").  The cell phone number is indicated in the account notes with a "CELL Man" notation requiring all calls to be made manually.  The calls to the cell phone are also indicated by a "F SCREED INDEX [] VIEWED" notation followed by the 9596 number indicating that the NCO representative went into the F Screen and manually selected the number to be called.  A true and correct copy of the account notes is attached as Exhibit B.

7.     On April 23, 2013, AmEx placed the third account with NCO for collection.  The third account ended in AmEx account number 1004 and was assigned NCO account number LN1723 at placement.  The data provided by AmEx included Plaintiff's number ending in 9596 in the "home" number field.  On April 23, 2013, the same day as placement, NCO scrubbed the number ending in 9596 and determined it to be a cell phone number.  The number was flagged "M" for manual in the system.  The cell phone number was given the "CELL Man" notation requiring all calls to be made manually.  On this account, NCO made 38 calls to Plaintiff's cell phone ending in 9596.  All calls to Plaintiff's cell phone number were made manually.  No calls to Plaintiff's cell phone were made using an ATDS.  A true and correct copy of the account notes is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed this 2nd day of May , 2014, at Wesley Chapel, Florida.

2

3                                    GREG  STEVENS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Greg Stevens

4

Exhibit A

1285699

F A C T   S H E E T

```
CRS #:      HV4761                      Client #:   R14SM -1
Name:       RITCHIE, TODD              AMERICAN EXPRESS (US)
Address:    C/O NICOLAS VACA           Acct #:      ████████1004
            1655 NORTH MAIN ST STE 260
City/State: LAFAYETTE, CA 94596        Regarding:  CID392832643012USD
Home Phone: (925) 876-8709             Amt Refered:    6575.40
Work Phone: (000) 000-0000             Current Bal:     767.00
Soc Sec No: ████████                   Comm Rate:      18.100%
Employer:                              Costs:             0.00
                                       Ck Chg/Fee:     5808.40
                                       Other     0.00
Status:      40   NEED SKIPTRACING     Interest Rate:    0.000%
Coll Unit:  666   LEGAL REST ACCTS     Interest Amt:       0.00
Date Last:  10/28/08                   Date Received:  01/23/10
Activity Code:  C5 CARE 150 DAYS         ****** RETURNED ******
Anniv Date     03/22/05
DBValid Sent   00/00/00
DBValid BAU    00/00/00
Old JDR #    Last:                   First:
Cancel Date  10/26/09
WI Qual Dt   00/00/00
WI Type
Sett Comp Dt 00/00/00
SF Prev Agy
Sett Off Dt  00/00/00
 [KSett Off Bal       0.00ICare Case #
CB Date
 [KSett Amt           0.00Complaint     E
Cmp Date     11/20/13
Cmp Res Date 00/00/00
Dispute Type
Dispute Date 00/00/00
 [KDispute Amt        0.00Cmp Reason    C
Addr Verifd   Y
Is CM Emplyd  Y
Assets Verd   Y
Judg/Liens    N
RPC           Y
RPC Detail    A
RPC Time      N
Promise       U
Payment Plan  U
Funds         U
Funds Source  U
Collect Tier  1
OA Offered    M
OA Accepted   U
MR Offered    U
MR Accepted   U
DC Name       U
DC Sett Dur   U
DC Sett Amt%  U
```

Page 1

NCO 0001

```
                              1285699
HV4761   RITCHIE, TODD                              Page 2

WI Offered      U
WI Accepted     U
WI Ordered      U
CARE Status     Q12
RI Status
RI Offer Dt     00/00/00
RI PIF Dt       00/00/00
Re-age Stat     E
AC Age Stat     Q
  [KInt&Fee Cred        109.22PPP Lgl Stat
Sent Dispute
SF Sent Date    00/00/00
Unused
Inq Channel
Inq Category
Inq Coll Id
Skip Trace      00/00/00
POE Found
Bank Found
R/E Found
Bus Found
Veh Found
OAsset Found
Filler
```

===============================================================================
```
 DELTA GOLD    NO SUPP  NO DUPE
 352 373 1824 -- LMTCB --
```

===============================================================================

| Phone Nbr | Name/Address | Zip | Type/Status | Source/when | Cf/I | C |
|---|---|---|---|---|---|---|
| (352) 333-7231 | | | M-Existing | C-Client | HIGH | |
| | | | 2-Disconnect | 01/24/10 | UNKN | Unk |
| (352) 375-0095 | Experian | | M-Existing | C-Client | UNKN | |
| | | | A-Wrong Party | 01/24/10 | UNKN | Unk |
| (352) 333-4950 | AXP Verified Work | | 8-Employer | C-Client | UNKN | |
| | | | A-Wrong Party | 01/24/10 | LAND | Unk |
| (740) 472-1047 | Never Call | | M-Existing | C-Client | HIGH | |
| | | | 2-Disconnect | 01/24/10 | UNKN | Unk |
| ( ) - | RITCHIE, TODD | | N-Debtor | I-Lex/Nexis | UNKN | |
| | ~~REDACTED~~ | | F-Previous | 01/25/10 | UNKN | Unk |
| (352) 727-8446 | RITCHIE, TODD | | M-Existing | I-Lex/Nexis | MEDI | |
| | | | 2-Disconnect | 01/25/10 | CELL | Man |
| (727) 430-2220 | RITCHIE, TODD | | M-Existing | I-Lex/Nexis | MEDI | |
| | | | 2-Disconnect | 01/25/10 | CELL | Man |
| (352) 373-1824 | ARTHUR, JAMIE | | H-Associate | I-Lex/Nexis | UNKN | |
| | ~~REDACTED~~ | 32601 | 3-Left Msg | 01/25/10 | LAND | |
| (352) 797-8255 | RUSHE, ANITA | | H-Associate | I-Lex/Nexis | UNKN | |
| | 04 | 346 | 2-Disconnect | 01/25/10 | LAND | Unk |
| (352) 375-1888 | Experian | | M-Existing | C-Client | UNKN | |
| | | | A-Wrong Party | 01/26/10 | UNKN | Unk |
| ( ) - | RITCHIE, TODD | | N-Debtor | J-Master | UNKN | |
| | C/O NICOLAS VACA | 94596 | L-Blank Phone | 11/22/13 | UNKN | Unk |

NCO 0002

1285699

HV4761  RITCHIE, TODD                                    Page 3

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I C |
|-----------|--------------|-----|-------------|-------------|--------|
| ( )    -  | RITCHIE, TODD | | N-Debtor | J-Master | UNKN |
|           | 2149 NW 87TH TER | 32606 | C-CeaseDesist | 11/22/13 | UNKN Unk |

```
-----------PAYMENTS---------------  -------------TRANSACTIONS-------------
--Date--    Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
01/26/10   132.00 SK 43 AA1 100.00% 01/24/10  11:44  IU/SC                SYS
01/26/10  -132.00 SK 47 AA1 100.00%   RPC INDICATORS CHANGE-UUUUUUUUUUU1UU
                                      UUUU UUUU
                                    01/24/10  11:44  CC/CC                 SYS
                                      ACTIVITY-NU-372577540651004
                                    01/24/10  11:44  CC/CC  AUX1 POS 44-   SYS
                                    01/24/10  11:44  CC/SC                 SYS
                                      CARE PROGRAM MAY BE OFFERED TO CUSTO
                                      MER
                                    01/24/10  11:44  CC/CC                 SYS
                                      ACTIVITY-CD-372577540651004
                                    01/24/10  11:44  CC/CC  AUX1 POS 48-   SYS
                                    01/24/10  11:44  CC/SC                 SYS
                                      RE-AGE PROGRAM MAY BE OFFERED TO CUS
                                      TOMER
                                    01/24/10  11:44  CC/CC  AUX1 POS 49-   SYS
                                    01/24/10  11:44  CC/CC                 SYS
                                      AUX1 POS 50-0.00
                                    01/24/10  11:44  CC/SC                 SYS
                                      AC AGE PROGRAM MAY BE OFFERED TO CUS
                                      TOMER
                                    01/24/10  17:00  CC/CC                 BKT
                                      BKT AND DCD SCRUB ATTEMPTED-CBR55357
                                      54
                                    01/25/10  03:13  IR/GI                 LEX
                                      NB SKP - SHP SADD ASC
                                    01/25/10  04:00  IU/SC                 SYS
                                      OA QUALIFICATION
                                    01/25/10  04:00  CC/CC  AUX2 POS 8-    SYS
                                    01/25/10  04:00  CC/CC  AUX2 POS 7-    SYS
                                    01/26/10  01:20  SN/K                  -CB
                                    01/26/10  03:37  CS/10                 SYS
                                    01/26/10  03:37  CC/CC  SCORE-000      SYS
                                    01/26/10  03:37  CC/CC                 SYS
                                      DEBTOR CREDIT BUREAU DATA ON O SCREE
                                      N
                                    01/26/10  12:38  CC/CC  SCORE-679      SYS
                                    01/26/10  18:48  IU/SC                 SYS
                                      ASSETS VERIFICATION-UUYUUUUUUU1UUUU
                                      UU UUUU
                                    01/26/10  18:48  CC/CC                 SYS
                                      ACTIVITY-C2-372577540651004
                                    02/04/10  19:42  TA/    758            E9O
                                    02/04/10  19:42  RM/CC  NEW BZ-669     E9O
                                    02/05/10  09:36  RM/CC                 BFT
                                      ACT NEW BIZZ EST-669
```

Page 3

NCO 0003

1285699

```
HV4761   RITCHIE, TODD                                    Page 4
-----------PAYMENTS---------------    -------------TRANSACTIONS-------------
--Date--      Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     02/05/10  12:47  SC/SC                  BFT
                                     02/05/10  12:53  SC/SC                  BFT
                                     02/05/10  12:53  CC/CC  HOME PHONE      BFT
                                     02/05/10  12:53  CC/CC  WORK PHONE      BFT
                                     02/05/10  12:54  TR/ND                  BFT
                                     02/05/10  12:54  CC/CC  HP-7274302220   BFT
                                     02/05/10  12:54  CC/CC                  BFT
                                       F SCREEN INDEX 2-2 STATUS FROM 8-BAD
                                         NUMBER TO 2-DISCONNECT
                                     02/05/10  12:54  TW/ND                  BFT
                                     02/05/10  12:54  CC/CC  WP-3527278446   BFT
                                     02/05/10  12:54  CC/CC                  BFT
                                       F SCREEN INDEX 2-1 STATUS FROM 8-BAD
                                         NUMBER TO 2-DISCONNECT
                                     02/05/10  12:54  CC/CC                  BFT
                                       F SCREEN INDEX 1-5 STATUS FROM 0-NEW
                                         TO F-PREVIOUS
                                     02/05/10  12:54  CC/CC  HOME PHONE      BFT
                                     02/05/10  12:55  TR/ND                  BFT
                                     02/05/10  12:55  CC/CC  HP-7404721047   BFT
                                     02/05/10  12:55  CC/CC                  BFT
                                       F SCREEN INDEX 1-4 STATUS FROM 8-BAD
                                         NUMBER TO 2-DISCONNECT
                                     02/05/10  12:55  CC/CC  HOME PHONE      BFT
                                     02/05/10  12:56  TR/ND                  BFT
                                     02/05/10  12:56  CC/CC  HP-3523337231   BFT
                                     02/05/10  12:56  CC/CC                  BFT
                                       F SCREEN INDEX 1-1 STATUS FROM 8-BAD
                                         NUMBER TO 2-DISCONNECT
                                     02/05/10  12:56  CC/CC  WORK PHONE      BFT
                                     02/05/10  12:56  CC/CC  HOME PHONE      BFT
                                     02/05/10  12:57  TR/NL                  BFT
                                     02/05/10  12:57  CC/CC                  BFT
                                       F SCREEN INDEX 1-2 STATUS FROM 0-NEW
                                         TO 3-LEFT MSG
                                     02/05/10  12:58  TW/NL                  BFT
                                     02/05/10  12:58  CC/CC                  BFT
                                       F SCREEN INDEX 2-5 STATUS FROM 0-NEW
                                         TO 3-LEFT MSG
                                     02/05/10  12:58  SK/SK                  BFT
                                       -- SCND O SCRN AND AMEX NOTES --
                                     02/05/10  13:00  TO/IE                  BFT
                                       352 333-4950 -- 3P -- MRD -- ASDK
                                       FR CM -- SD WRONG NUMBER --
                                     02/05/10  13:00  CC/CC                  BFT
                                       F SCREEN INDEX 1-3 STATUS FROM 0-NEW
                                         TO A-WRONG PARTY
                                     02/05/10  19:05  IU/SC                  SYS
                                       ADDR VERIFICATION-YYYNNUNUUUU1UUUUUU
                                       UUUU
                                     02/05/10  19:05  IU/SC                  SYS
                                       EMPL VERIFICATION-YYYNNUNUUUU1UUUUUU
                                       UUUU
                                       Page 4
```

NCO 0004

1285699
02/05/10  19:05  IU/SC                                    SYS

HV4761   RITCHIE, TODD                              Page 5

-----------PAYMENTS----------------    -------------TRANSACTIONS--------------
--Date--      Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                       JUDG LIENS VERIFICATION-YYYNNNUNUUUU1
                                       UUUUUU UUUU
                                      02/05/10  19:05  IU/SC                    SYS
                                       RPC INDICATORS CHANGE-YYYNNNUNUUUU1UU
                                       UUUU UUUU
                                      02/05/10  20:57  VR/CT  020510 1706       VOX
                                       IH.DP 3523750095 LV HUNG UP IN OPE
                                      02/07/10  04:04  VR/BZ  020610 1157       VOX
                                       IH.BS 3523750095 LV BUSY
                                      02/07/10  07:01  IR/GI  UP SKP - SWITCH   LEX
                                      02/07/10  20:37  VR/CT  020710 1544       VOX
                                       IH.DP 3523750095 LV HUNG UP IN OPE
                                      02/08/10  04:01  UK/OS                    SYS
                                      02/08/10  04:01  CC/CC                    SYS
                                       AUX2 POS 13-00000000
                                      02/08/10  18:19  TR/NL                    BFT
                                      02/08/10  18:20  TW/NL                    BFT
                                      02/08/10  20:16  TR/AM  LMTCB             BFT
                                      02/08/10  20:17  TW/IE                    BFT
                                       3P -- MRD -- ASDK FR CM -- SD WRONG
                                       NUMBER --
                                      02/08/10  20:17  CC/CC  WP-3523751888     BFT
                                      02/08/10  20:50  VR/LM  020810 0918       VOX
                                       IH.DA 3523750095 LV MACHINE LM
                                      02/08/10  22:43  IU/SC                    SYS
                                       RPC INDICATORS CHANGE-YYYNNNUNUUUU1MU
                                       UUUU UUUU
                                      02/09/10  18:16  DR/NL                    I2
                                       3523750095 06APRIML
                                      02/09/10  20:48  SC/SC                    BFT
                                      02/09/10  20:48  TR/IE                    BFT
                                       3P -- MRD -- AKSD FR CM -- SD WRONG
                                       NUMBER --
                                      02/09/10  20:49  CC/CC  HP-3523750095     BFT
                                      02/09/10  20:49  CS/51                    BFT
                                      02/10/10  03:04  IR/GI  UP SKP - SWITCH   LEX
                                      02/10/10  04:16  VR/NL  020910 1149       VOX
                                       IH.HU 3523750095 LV ANSWERING MACH
                                      02/10/10  18:39  SC/SC                    BFT
                                      02/16/10  09:27  SC/SC                    BFT
                                      02/16/10  10:42  SC/SC                    BFT
                                      02/16/10  11:54  SC/SC                    BFT
                                      02/17/10  09:02  SC/SC                    BFT
                                      02/17/10  09:20  SC/SC                    BFT
                                      02/17/10  16:08  SC/SC                    BFT
                                      02/18/10  15:35  CC/CC  ACCT VIEW ONLY    RWO
                                      02/22/10  16:38  AM/LR                    SYS
                                       ----------AMEX SENT LETTER----------
                                       ------EXPIRATION DATE-        ------
                                       --LETTER-LS REGULAR LENDING CARE S--
                                      Page 5

NCO 0005

```
                    1285699
            -----------OL LETTE----------------
            02/22/10  19:28  CC/CC                   SYS
                 AUX2 POS 15-20100216
            02/22/10  19:28  CC/CC                   SYS
```

```
HV4761   RITCHIE, TODD                          Page 6

-----------PAYMENTS---------------   -------------TRANSACTIONS--------------
--Date--     Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                         AUX2 POS 15-20100316
                                    02/26/10  01:26  SN/N                   -CB
                                    03/03/10  09:02  SC/SC                   BFT
                                    03/03/10  09:03  TO/NL  352 373 1824     BFT
                                    03/03/10  09:04  TO/BZ  352 797 8255     BFT
                                    03/03/10  09:04  CC/CC                   BFT
                                      F SCREEN INDEX 2-3 STATUS FROM 0-NEW
                                      TO 3-LEFT MSG
                                    03/03/10  09:04  CC/CC                   BFT
                                      F SCREEN INDEX 2-4 STATUS FROM 0-NEW
                                      TO 1-NO ANSWER
                                    03/15/10  10:45  SC/SC                   BFT
                                    03/15/10  10:45  TO/ND  352 797 8255     BFT
                                    03/15/10  10:45  CC/CC                   BFT
                                      F SCREEN INDEX 2-4 STATUS FROM 1-NO
                                      ANSWER TO 2-DISCONNECT
                                    03/15/10  10:45  TO/NL  352 373 1824     BFT
                                    03/16/10  09:47  SC/SC                   BFT
                                    03/18/10  09:17  TR/NL                   OYB
                                    03/18/10  10:00  SC/SC                   BFT
                                    03/18/10  10:08  SC/SC                   BFT
                                    03/18/10  13:28  TO/LM  352 373 1824     OYB
                                    03/24/10  13:19  CC/CC                   SYS
                                      RETURN R14SM 1-372577540651004
                                    04/02/10  16:52  CC/CC  SCORE-960        SYS
                                    11/22/13  11:46  IU/C1  RCVD LAWSUIT     GOT
                                    11/22/13  11:47  CC/CC                   GOT
                                      A1-2149 NW 87TH TER
                                    11/22/13  11:47  CC/CC  ADDRESS 2        GOT
                                    11/22/13  11:47  CC/CC                   GOT
                                      CSZ-GAINESVILLE    FL 326060000
                                    11/22/13  11:47  CC/CC  HOME PHONE       GOT
                                    11/22/13  11:47  CC/CC  AUX1 POS 14 -    GOT
                                    11/22/13  11:47  CC/CC                   GOT
                                      AUX1 POS 15 - 00-00-00
                                    11/22/13  11:48  CC/CC  A01-ADDED POA    GOT
                                    11/22/13  11:48  TA/     669             GOT

Date Printed:  Nov 22, 2013
```

NCO 0006

1285699

NCO 0007

Exhibit B

1285700

F A C T   S H E E T

CRS #:      LL7875                      Client #:   RGNOM -1
Name:       RITCHIE, TODD              AMERICAN EXPRESS (US)
Address:    C/O NICOLAS VACA, ESQ.     Acct #:     ████████2007
            1655 N MAIN ST SUITE 260
City/State: LAFAYETTE, CA 94596        Regarding:  CID392832643012USD
Home Phone: (925) 876-8709             Amt Refered:   13838.11
Work Phone: (000) 000-0000             Current Bal:   13838.11
Soc Sec No: ████████                   Comm Rate:      22.000%
Employer:   000000000000               Costs:           0.00
                                       Ck Chg/Fee:      0.00
                                       Other     0.00
Status:     82  FDCPA NO CONTACT       Interest Rate:   0.000%
Coll Unit:  666  LEGAL REST ACCTS      Interest Amt:    0.00
Date Last:  02/12/09                   Date Received:  03/21/13
Activity Code:  NU NOT USED            ****** RETURNED ******
Anniv Date     02/15/05
DBValid Sent   00/00/00
DBValid BAU    00/00/00
Old JDR #   Last:                   First:
Cancel Date 10/26/09
WI Qual Dt  00/00/00
WI Type
Sett Comp Dt 00/00/00
SF Prev Agy
Sett Off Dt  00/00/00
 [KSett Off Bal          0.00ICare Case #
CB Date
 [KSett Amt              0.00Complaint     E
Cmp Date    11/20/13
Cmp Res Date 00/00/00
Dispute Type
Dispute Date 00/00/00
 [KDispute Amt           0.00Cmp Reason    C
Addr Verifd    N
Is CM Emplyd   N
Assets Verd    N
Judg/Liens     N
RPC            Y
RPC Detail     A
RPC Time       U
Promise        U
Payment Plan   U
Funds          U
Funds Source   U
Collect Tier   1
OA Offered     M
OA Accepted    U
MR Offered     U
MR Accepted    U
DC Name        U
DC Sett Dur    U
DC Sett Amt%   U

Page 1

NCO 0008

```
                                1285700
LL7875   RITCHIE, TODD                              Page 2
WI Offered      U
WI Accepted     U
WI Ordered      U
CARE Status
RI Status
RI Offer Dt    00/00/00
RI PIF Dt      00/00/00
Re-age Stat
AC Age Stat
 [KInt&Fee Cred        0.00PPP Lgl Stat
Sent Dispute
SF Sent Date   00/00/00
Unused
Inq Channel
Inq Category
Inq Coll Id
Skip Trace     00/00/00
POE Found
Bank Found
R/E Found
Bus Found
Veh Found
OAsset Found
Filler

===================================================================
 ADDITIONAL PHONES
  9253382445     9258179596
  9258250119     9253494877
  9253495138     3523750095    ..           AR

===================================================================
Phone Nbr    Name/Address         Zip   Type/Status   Source/when Cf/I C
(352) 333-7231                          E-ANI         C-Client    HIGH
                                        8-Bad Number  03/21/13    LAND  Unk
(352) 333-4950 RPC - Do Not Call        8-Employer    C-Client    UNKN  Unk
                                        6-Cease Calls 03/21/13    LAND  Unk
(352) 375-0095 Experian                 0-Unknown     C-Client    UNKN
                                        1-No Answer   03/21/13    LAND  Unk
(740) 472-1047 Never Call               E-ANI         C-Client    HIGH
                                        6-Cease Calls 03/21/13    LAND  Unk
(925) 349-4877 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        0-New         03/21/13    LAND  Unk
(925) 338-2445 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        0-New         03/21/13    LAND  Unk
(925) 349-5138 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        0-New         03/21/13    LAND  Unk
(925) 825-0119 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        1-No Answer   03/21/13    LAND  Unk
(352) 727-8446 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        8-Bad Number  03/21/13    CELL  Man
(925) 817-9596 RITCHIE, TODD            N-Debtor      I-Lex/Nexis MEDI
                                        0-New         03/21/13    CELL  Man
(352) 328-0241 WHITE, JOSHUA            H-Associate   I-Lex/Nexis UNKN
               1436 SW 25TH PL  32608 0-New          03/21/13    CELL  Man

                            Page 2
```

NCO 0009

1285700

LL7875   RITCHIE, TODD                                    Page 3

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I | C |
|-----------|--------------|-----|-------------|-------------|------|---|
| (727) 623-0540 | ARTHUR, JAMIE | | H-Associate | I-Lex/Nexis | UNKN | |
| | ~~████████████████████~~ | | O-New | 03/21/13 | LAND | Unk |
| (352) 333-7321 | TODD RITCHIE | | N-Debtor | L-Innovis | LOW | |
| | | | O-New | 05/30/13 | OTHE | Unk |
| (614) 472-1047 | TODD RITCHIE | | N-Debtor | L-Innovis | LOW | |
| | | | O-New | 05/30/13 | CELL | Unk |
| (727) 430-2220 | RITCHIE, TODD | | N-Debtor | J-Master | UNKN | |
| | C/O NICOLAS VACA, ESQ. | 94596 | 6-Cease Calls | 11/20/13 | CELL | Man |
| ( )   - | RITCHIE, TODD | | N-Debtor | J-Master | UNKN | |
| | 1070 SAN MIGUEL RD | 94518 | C-CeaseDesist | 11/20/13 | UNKN | Unk |

===============================================================================

```
----------PAYMENTS----------------    -------------TRANSACTIONS-------------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT----  ID
                                      03/21/13  16:11  IU/SC                    SYS
                                      RPC INDICATORS CHANGE-UUUUUUUUUUU1UU
                                      UUUU UUUU
                                      03/21/13  17:00  CC/CC                    BKT
                                      BKT AND DCD SCRUB ATTEMPTED-CBR64788
                                      21
                                      03/21/13  18:30  CC/CC                    LXN
                                      HP SWITCH TYPE U-C
                                      03/21/13  18:30  CC/CC   HP CONSENT U-M   LXN
                                      03/21/13  18:30  IR/GI                    LXN
                                      NB SKP - SHP ASC SWITCH
                                      03/22/13  05:15  CC/CC   TU NO HIT        SYS
                                      03/22/13  05:15  CC/CC   SKIPINFO-1       SYS
                                      03/22/13  05:50  IU/SC                    SYS
                                      OA QUALIFICATION
                                      03/22/13  05:50  CC/CC   AUX2 POS 6 -     SYS
                                      03/22/13  05:50  CC/CC   AUX2 POS 7 -     SYS
                                      03/22/13  11:50  CC/CC   SCORE-0          SYS
                                      03/22/13  12:49  TR/NA                    HJB
                                      03/22/13  12:49  CC/CC                    HJB
                                      F SCREEN INDEX 1-1 VIEWED
                                      03/22/13  12:50  TO/BN   7231             HJB
                                      03/22/13  16:07  IU/SC                    SYS
                                      RPC INDICATORS CHANGE-UUUUNUUUUUU1UU
                                      UUUU UUUU
                                      03/22/13  19:30  IR/GI   UP SKP - SWITCH  LXN
                                      03/23/13  01:36  SN/K                     -CB
                                      03/23/13  08:14  CC/TF                    SYS
                                      SEE O SCREEN, NEW INFO FOUND, SAME S
                                      SN FROM MAIN-2O5VCM, STATUS  , HAS R
                                      ECENT PMT OF 105
                                      03/23/13  09:01  CC/CC   ACCT VIEW ONLY   QQS
                                      03/23/13  14:47  TR/NL                    QQS
                                      03/23/13  14:48  CC/CC                    QQS
                                      F SCREEN INDEX 1-1 VIEWED
                                      03/23/13  14:48  TO/BN   352 333-7231     QQS
                                      03/23/13  14:48  CC/CC                    QQS
                                      F SCREEN 1-1 STATUS FROM O-NEW TO 8-
```

NCO 0010

1285700

LL7875   RITCHIE, TODD                                         Page 4

-----------PAYMENTS---------------   -------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                        BAD NUMBER
                                     03/23/13  14:48  CC/CC                   QQS
                                        F SCREEN INDEX 2-1 VIEWED
                                     03/23/13  14:49  TO/NL  925 338-2445     QQS
                                     03/23/13  14:49  CC/CC                   QQS
                                        F SCREEN INDEX 2-5 VIEWED
                                     03/23/13  14:49  TO/NL  925 817-9596     QQS
                                     03/23/13  14:50  CC/CC                   QQS
                                        F SCREEN INDEX 2-4 VIEWED
                                     03/23/13  14:50  TO/NL  352 727-8446     QQS
                                     03/23/13  14:50  CC/CC  ACCT VIEW ONLY   QQS
                                     03/23/13  15:48  CC/CC  ACCT VIEW ONLY   WJ6
                                     03/23/13  17:18  TR/NL                   QQS
                                     03/23/13  17:18  FX/NL                   QQS
                                     03/23/13  17:18  CC/CC                   QQS
                                        F SCREEN INDEX 2-5 VIEWED
                                     03/23/13  17:19  TO/NL  9258179596       QQS
                                     03/27/13  09:58  TA/    759              N6X
                                     03/27/13  09:58  RM/CC  NEW-608          N6X
                                     03/27/13  11:38  TR/NL                   AIU
                                     03/27/13  11:38  CC/CC                   AIU
                                        F SCREEN INDEX 2-1 VIEWED
                                     03/27/13  11:39  TO/NL  9253382445       AIU
                                     03/27/13  11:39  CC/CC                   AIU
                                        F SCREEN INDEX 2-5 VIEWED
                                     03/27/13  11:40  TO/NL  9258179596       AIU
                                     03/28/13  09:33  RM/CC  DELETED-NEW-608  A2K
                                     03/28/13  13:24  TR/NA  RNGNG.,          A2K
                                     03/28/13  13:24  FX/NL                   A2K
                                     03/28/13  13:24  SK/SK                   A2K
                                        RAN SSN SRCH ..NO NEW INFOS..
                                     03/28/13  13:24  FX/NL                   A2K
                                     03/28/13  13:25  SK/SK                   A2K
                                        RAN PAW SRCH..NO NEW INFOS..
                                     03/28/13  13:25  CC/CC                   A2K
                                        F SCREEN INDEX 2-1 VIEWED
                                     03/28/13  13:25  TO/NL  ..9253382445     A2K
                                     03/28/13  13:26  CC/CC                   A2K
                                        F SCREEN INDEX 2-5 VIEWED
                                     03/28/13  13:26  TO/NL  ..9258179596     A2K
                                     03/28/13  13:27  CC/CC                   A2K
                                        F SCREEN 2-4 STATUS FROM 0-NEW TO 8-
                                        BAD NUMBER
                                     03/28/13  13:27  TO/BN  NIS..3527278446 A2K
                                     03/28/13  13:28  CC/CC                   A2K
                                        F SCREEN 2-3 STATUS FROM 0-NEW TO 1-
                                        NO ANSWER
                                     03/28/13  13:28  TO/NA                   A2K
                                        RNGNG..9258250119
                                     03/28/13  13:29  CC/CC                   A2K
                                        F SCREEN INDEX 1-5 VIEWED
                                     03/28/13  13:29  TO/NL  ..9253494877     A2K
                                     03/28/13  13:30  CC/CC                   A2K
                                        Page 4

NCO 0011

1285700
F SCREEN INDEX 2-2 VIEWED

LL7875  RITCHIE, TODD                                    Page 5

----------PAYMENTS----------------    --------------TRANSACTIONS--------------
--Date--      Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                      03/28/13  13:30  TO/NL  ..9253495138    A2K
                                      03/28/13  13:31  CC/CC                  A2K
                                        F SCREEN 1-3 STATUS FROM 0-NEW TO 1-
                                        NO ANSWER
                                      03/28/13  13:31  TO/NA                  A2K
                                        RNGNG..3523750095
                                      03/28/13  16:27  IU/SC                  SYS
                                        ADDR VERIFICATION-NNNNNUUUUUU1UUUUUU
                                        UUUU
                                      03/28/13  16:27  IU/SC                  SYS
                                        EMPL VERIFICATION-NNNNNUUUUUU1UUUUUU
                                        UUUU
                                      03/28/13  16:27  IU/SC                  SYS
                                        ASSETS VERIFICATION-NNNNNUUUUUU1UUUU
                                        UU UUUU
                                      03/28/13  16:27  IU/SC                  SYS
                                        JUDG LIENS VERIFICATION-NNNNNUUUUUU1
                                        UUUUUU UUUU
                                      03/29/13  17:27  CC/CC  ACCT VIEW ONLY  KCF
                                      04/02/13  17:55  SK/SK                  A2K
                                      04/05/13  05:45  UK/OS                  SYS
                                      04/05/13  05:45  CC/CC                  SYS
                                        AUX2 POS 12 - 00-00-00
                                      04/05/13  15:53  IU/SC                  SYS
                                        RPC INDICATORS CHANGE-NNNNNUUUUUU1MU
                                        UUUU UUUU
                                      04/09/13  15:49  TR/NA  RNGNG..         A2K
                                      04/11/13  13:03  TR/NA  RNGNG..         A2K
                                      04/16/13  12:14  TR/NA  RNGNG..         A2K
                                      04/16/13  12:15  TO/NL  ..0119          A2K
                                      04/18/13  11:21  TR/NA  RNGNG..         A2K
                                      04/18/13  11:22  TO/NL  ..9596          A2K
                                      04/23/13  11:31  SK/SK                  A2K
                                      04/26/13  15:19  TR/NA  RNGNG..         A2K
                                      04/30/13  10:57  AM/LR                  SYS
                                        ----------AMEX SENT LETTER----------
                                        ------EXPIRATION DATE-20130504------
                                        --LETTER-6E SIF 50 , 12MO----------
                                      05/01/13  17:39  TR/NA  RNGNG..         A2K
                                      05/06/13  12:24  TR/NA  RNGNG..         A2K
                                      05/06/13  13:35  SK/SK                  A2K
                                      05/07/13  15:29  TR/NA  RNGNG..         A2K
                                      05/07/13  15:30  TO/NL  ..2445          A2K
                                      05/09/13  15:54  OH/NA                  BIP
                                      05/10/13  13:51  TR/NA  RNGNG..         A2K
                                      05/13/13  15:56  OH/NL                  B91
                                      05/14/13  15:35  TR/NA  RNGNG..         A2K
                                      05/14/13  15:36  TO/NL  ..2445          A2K
                                      05/15/13  18:41  OH/NA                  CGG
                                      05/17/13  12:40  OH/NL                  QUT
                                        Page 5

NCO 0012

```
                        1285700
                        05/17/13  16:55  SK/SK                    A2K
                        05/21/13  03:21  AM/LR                    SYS
                        ----------AMEX SENT LETTER----------
                        ------EXPIRATION DATE-20130603------
```

```
LL7875   RITCHIE, TODD                            Page 6

----------PAYMENTS----------------   -------------TRANSACTIONS---------------
--Date--      Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                       --LETTER-6E SIF 50 , 12MO-----------
                                      05/22/13  16:50  SK/SK                 A2K
                                      05/25/13  15:28  OH/NL                 B91
                                      05/27/13  14:39  OH/NA                 CGB
                                      05/29/13  12:45  OH/NA                 B4K
                                      05/30/13  19:26  CC/CC                 SYS
                                       F SCREEN 3-3 ADDED 3523337321
                                      05/30/13  19:26  CC/CC                 SYS
                                       F SCREEN 3-4 ADDED 6144721047
                                      05/30/13  19:49  OH/NL                 B1R
                                      06/03/13  13:47  TA/    608            CMG
                                      06/03/13  14:52  TR/NA  RNGNG..        A2K
                                      06/04/13  17:47  OH/NL                 B91
                                      06/12/13  16:06  TO/NL  3523337321     Y1V
                                      06/13/13  15:52  OH/NA                 CGF
                                      06/14/13  13:13  CC/CC  ACCT VIEW ONLY HJO
                                      06/14/13  16:13  OH/NL                 ANJ
                                      06/19/13  12:42  AM/LR                 SYS
                                       ----------AMEX SENT LETTER----------
                                       ------EXPIRATION DATE-20130703------
                                       --LETTER-05 SIF--------------------
                                      06/19/13  19:26  OH/NL                 CGB
                                      06/24/13  18:56  OH/NA  2220 NA        CGD
                                      07/01/13  17:14  OH/NL                 CKH
                                      07/03/13  14:53  OH/NA                 CKB
                                      07/09/13  14:13  OH/NL                 ANJ
                                      07/10/13  15:55  OH/NL                 ANJ
                                      07/11/13  12:54  OH/NL                 CGB
                                      07/12/13  13:33  OH/NL                 BD1
                                      07/15/13  14:49  OH/NL                 CGB
                                      07/16/13  17:16  OH/NA                 QUT
                                      07/17/13  15:31  OH/NL                 CQX
                                      07/22/13  13:40  CC/CC                 SYS
                                       RETURN RGNOM 1-372353520032007
                                      11/20/13  15:11  IU/C1  RCVD LAWSUIT   GOT
                                      11/20/13  15:11  CS/10                 GOT
                                      11/20/13  15:11  TA/    702            GOT
                                      11/20/13  15:12  CC/CC                 GOT
                                       A1-1070 SAN MIGUEL RD
                                      11/20/13  15:12  CC/CC  A2-  6         GOT
                                      11/20/13  15:12  CC/CC                 GOT
                                       CSZ-CONCORD       CA 945180000
                                      11/20/13  15:12  CC/CC  HP-7274302220  GOT
                                      11/20/13  15:12  CC/CC                 GOT
                                       HP SWITCH TYPE C-U
                                      11/20/13  15:12  CC/CC  HP CONSENT M-U GOT
                                      11/20/13  15:12  CC/CC                 GOT
                                       Page 6
```

NCO 0013

```
    1285700
      EMP-614-472-1047
    11/20/13  15:12  CC/CC  AUX1 POS 14 -     GOT
    11/20/13  15:12  CC/CC                    GOT
      AUX1 POS 15 - 00-00-00
    11/20/13  15:13  CC/CC  A01-ADDED POA     GOT
```

Date Printed:  Nov 20, 2013

NCO 0014

Exhibit C

1285701

F A C T   S H E E T

```
CRS #:     LN1723                  Client #:   RGNOM -1
Name:      RITCHIE, TODD           AMERICAN EXPRESS (US)
Address:   C/O NICOLAS VACA, ESQ   Acct #:     ████████1004
           1655 NORTH MAIN ST STE 260
City/State: LAFAYETTE, CA 94596    Regarding:  CID392832643012USD
Home Phone: (925) 876-8709         Amt Refered:    6575.40
Work Phone: (000) 000-0000         Current Bal:    6575.40
Soc Sec No: ████████              Comm Rate:      22.000%
Employer:                          Costs:             0.00
                                   Ck Chg/Fee:        0.00
                                   Other      0.00
Status:    10  ACTIVE DEBTOR       Interest Rate:   0.000%
Coll Unit: 666  LEGAL REST ACCTS   Interest Amt:      0.00
Date Last: 03/22/09                Date Received:  04/23/13
Activity Code:  NU NOT USED           ****** RETURNED ******
Anniv Date    03/22/07
DBValid Sent  00/00/00
DBValid BAU   00/00/00
Old JDR #   Last:              First:
Cancel Date   10/26/09
WI Qual Dt    00/00/00
WI Type
Sett Comp Dt  00/00/00
SF Prev Agy
Sett Off Dt   00/00/00
 [KSett Off Bal          0.00ICare Case #
CB Date
 [KSett Amt              0.00Complaint      E
Cmp Date      11/20/13
Cmp Res Date  00/00/00
Dispute Type
Dispute Date  00/00/00
 [KDispute Amt           0.00Cmp Reason     C
Addr Verifd   U
Is CM Emplyd  U
Assets Verd   U
Judg/Liens    U
RPC           Y
RPC Detail    A
RPC Time      U
Promise       U
Payment Plan  U
Funds         U
Funds Source  U
Collect Tier  1
OA Offered    M
OA Accepted   U
MR Offered    U
MR Accepted   U
DC Name       U
DC Sett Dur   U
DC Sett Amt%  U
```

Page 1

```
                              1285701
LN1723   RITCHIE, TODD                               Page 2

WI Offered      U
WI Accepted     U
WI Ordered      U
CARE Status
RI Status
RI Offer Dt    00/00/00
RI PIF Dt      00/00/00
Re-age Stat
AC Age Stat
 [KInt&Fee Cred         0.00PPP Lgl Stat
Sent Dispute
SF Sent Date   00/00/00
Unused
Inq Channel    P
Inq Category   SW
Inq Coll Id    PE8
Skip Trace     00/00/00
POE Found
Bank Found
R/E Found
Bus Found
Veh Found
OAsset Found
Filler
```

```
=================================================================
   9253494877      7274302220
   9253495138      3523751888
   6144721047
   3523750095
```

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I | C |
|---|---|---|---|---|---|---|
| (352) 333-7231 | | | E-ANI | C-Client | HIGH | |
| | | | 8-Bad Number | 04/23/13 | LAND | Unk |
| (352) 375-0095 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 0-New | 04/23/13 | LAND | Unk |
| (727) 430-2220 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 0-New | 04/23/13 | CELL | Man |
| (352) 727-8446 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 8-Bad Number | 04/23/13 | CELL | Man |
| (352) 375-1888 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 0-New | 04/23/13 | LAND | Unk |
| (352) 333-4950 | AXP Verified | | 8-Employer | C-Client | UNKN | |
| | | | 6-Cease Calls | 04/23/13 | LAND | Unk |
| (740) 472-1047 | Never Call | | E-ANI | C-Client | HIGH | |
| | | | 6-Cease Calls | 04/23/13 | LAND | Unk |
| (925) 349-4877 | RITCHIE, TODD | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | 0-New | 04/23/13 | LAND | Unk |
| (925) 338-2445 | RITCHIE, TODD | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | 6-Cease Calls | 04/23/13 | LAND | Unk |
| (925) 349-5138 | RITCHIE, TODD | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | 0-New | 04/23/13 | LAND | Unk |
| (925) 825-0119 | RITCHIE, TODD | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | A-Wrong Party | 04/23/13 | LAND | Man |

NCO 0016

1285701

```
LN1723   RITCHIE, TODD                              Page 3

Phone Nbr      Name/Address        Zip   Type/Status   Source/When  Cf/I C
(352) 328-0241 WHITE, JOSHUA             H-Associate   I-Lex/Nexis  UNKN
                            L    32608 O-New          04/23/13     CELL  Man
(727) 623-0540 ARTHUR, JAMIE            H-Associate   I-Lex/Nexis  UNKN
                                 33701 O-New          04/23/13     LAND  Unk
(352) 333-7321 RITCHIE, TODD            8-Employer    J-Master     UNKN
                                 32606 A-Wrong Party  04/25/13     LAND  Man
(614) 472-1047 TODD RITCHIE            N-Debtor      L-Innovis    LOW
                                       O-New          05/30/13     CELL  Unk
(925) 817-9596 RITCHIE, TODD            N-Debtor      J-Master     UNKN
               C/O NICOLAS VACA, ESQ 94596 6-Cease Calls 11/22/13   CELL  Man
(   )   -      RITCHIE, TODD            N-Debtor      J-Master     UNKN
                                 32606 C-CeaseDesist  11/22/13     UNKN  Unk
=============================================================================


----------PAYMENTS---------------    -------------TRANSACTIONS--------------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                   04/23/13  15:18  IU/SC                  SYS
                                     RPC INDICATORS CHANGE-UUUUUUUUUUUU1UU
                                        UUUU UUUU
                                   04/23/13  17:00  CC/CC                  BKT
                                     BKT AND DCD SCRUB ATTEMPTED-CBR64926
                                        66
                                   04/23/13  19:30  CC/CC                  LXN
                                     HP SWITCH TYPE U-C
                                   04/23/13  19:30  CC/CC  HP CONSENT U-M   LXN
                                   04/23/13  19:30  CC/CC                  LXN
                                     WP SWITCH TYPE U-L
                                   04/23/13  19:30  IR/GI                  LXN
                                     NB SKP - SHP ASC SWITCH
                                   04/24/13  05:39  IU/SC                  SYS
                                     OA QUALIFICATION
                                   04/24/13  05:39  CC/CC  AUX2 POS 6 -     SYS
                                   04/24/13  05:39  CC/CC  AUX2 POS 7 -     SYS
                                   04/24/13  07:45  TA/     759            ANG
                                   04/24/13  07:45  RM/CC  NEW-631          ANG
                                   04/24/13  08:28  CC/CC  ACCT VIEW ONLY  Y1W
                                   04/24/13  08:40  CC/CC  ACCT VIEW ONLY  Y1W
                                   04/24/13  09:39  CC/CC  ACCT VIEW ONLY  Y1W
                                   04/24/13  11:13  TR/NL                  Y1W
                                   04/24/13  11:14  TW/NL                  Y1W
                                   04/24/13  11:14  CC/CC                  Y1W
                                     F SCREEN INDEX 3-1 VIEWED
                                   04/24/13  11:15  TO/NL   0119           Y1W
                                   04/24/13  11:15  CC/CC                  Y1W
                                     F SCREEN INDEX 2-5 VIEWED
                                   04/24/13  11:16  TO/NL  9253495138      Y1W
                                   04/24/13  11:16  CC/CC                  Y1W
                                     F SCREEN INDEX 1-1 VIEWED
                                   04/24/13  11:16  TO/BN  3523337231      Y1W
                                   04/24/13  11:16  CC/CC                  Y1W
                                     F SCREEN 1-1 STATUS FROM 0-NEW TO 8-
                                        BAD NUMBER
```

NCO 0017

1285701

LN1723   RITCHIE, TODD                                    Page 4

```
-----------PAYMENTS--------------- -------------TRANSACTIONS---------------
--Date--    Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                   04/24/13  11:16  CC/CC                   Y1W
                                     F SCREEN INDEX 1-4 VIEWED
                                   04/24/13  11:17  CC/CC                   Y1W
                                     F SCREEN 1-4 STATUS FROM 0-NEW TO 8-
                                     BAD NUMBER
                                   04/24/13  11:17  TO/BN   8446            Y1W
                                   04/24/13  11:17  CC/CC                   Y1W
                                     F SCREEN INDEX 1-3 VIEWED
                                   04/24/13  11:18  TO/NL   0220            Y1W
                                     2220.....
                                   04/24/13  11:19  CC/CC  ACCT VIEW ONLY   Y1W
                                   04/24/13  11:59  CC/CC  ACCT VIEW ONLY   Y1W
                                   04/24/13  14:01  IU/SC                   SYS
                                     RPC INDICATORS CHANGE-UUUUNUUUUUU1UU
                                     UUUU UUUU
                                   04/24/13  19:31  IR/GI   UP SKP - SWITCH LXN
                                   04/25/13  01:37  SN/K                    -CB
                                   04/25/13  05:15  CC/CC  TU NO HIT        SYS
                                   04/25/13  05:15  CC/CC  SKIPINFO-1       SYS
                                   04/25/13  08:18  CC/TF                   SYS
                                     SEE O SCREEN, NEW INFO FOUND, SAME S
                                     SN FROM MAIN-205VCM, STATUS  , HAS R
                                     ECENT PMT OF 105
                                   04/25/13  11:44  CC/CC  SCORE-0          SYS
                                   04/25/13  13:10  TR/NL                   Y1W
                                   04/25/13  13:11  TW/NL                   Y1W
                                   04/25/13  13:12  CC/CC                   Y1W
                                     F SCREEN INDEX 3-1 VIEWED
                                   04/25/13  13:13  TO/IE                   Y1W
                                     0119  SW UIF GV MRD SD WR NUM
                                   04/25/13  13:13  CC/CC  GAVE MRD         Y1W
                                   04/25/13  13:13  CC/CC                   Y1W
                                     F SCREEN 3-1 STATUS FROM 0-NEW TO A-
                                     WRONG PARTY
                                   04/25/13  13:13  CC/CC                   Y1W
                                     F SCREEN 3-1 CONSENT FROM UNKNOWN TO
                                     MANUAL
                                   04/25/13  14:35  TR/NL                   Y1W
                                   04/25/13  14:35  TW/IE                   Y1W
                                     SW UIM GV MRD SD WR NUM
                                   04/25/13  14:35  CC/CC  GAVE MRD         Y1W
                                   04/25/13  14:36  CC/CC  WP-3523337321    Y1W
                                   04/25/13  14:36  CC/CC                   Y1W
                                     WP SWITCH TYPE L-U
                                   04/25/13  14:36  CC/CC                   Y1W
                                     F SCREEN INDEX 1-5 VIEWED
                                   04/25/13  14:37  TO/NL   3523751888      Y1W
                                   04/25/13  15:26  CC/CC  ACCT VIEW ONLY   Y1W
                                   04/26/13  11:49  TR/HU                   Y1W
                                   04/26/13  16:06  CC/CC  ACCT VIEW ONLY   Y1W
                                   04/28/13  10:29  CC/CC  ACCT VIEW ONLY   Y1W
                                   04/30/13  19:39  TR/HU                   Y1W
                                   04/30/13  19:39  CC/CC                   Y1W
                                     Page 4
```

NCO 0018

```
                        1285701
                CALL BACK DATE WAS 05-05-13
```

```
LN1723   RITCHIE, TODD                            Page 5

----------PAYMENTS----------------  -----------TRANSACTIONS-------------
--Date--     Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                   05/02/13  20:21  TR/NL                  Y1W
                                   05/04/13  11:58  TR/NL                  Y1W
                                   05/07/13  14:31  TR/NL                  Y1W
                                   05/08/13  07:59  UK/OS                  SYS
                                   05/08/13  07:59  CC/CC                  SYS
                                     AUX2 POS 12 - 00-00-00
                                   05/08/13  13:04  IU/SC                  SYS
                                     RPC INDICATORS CHANGE-UUUUNUUUUUU1MU
                                     UUUU UUUU
                                   05/13/13  12:24  TR/NL                  Y1W
                                   05/13/13  12:25  CC/CC                  Y1W
                                     F SCREEN INDEX 2-5 VIEWED
                                   05/13/13  12:26  TO/LM  9253495138      Y1W
                                   05/13/13  12:26  CC/CC                  Y1W
                                     F SCREEN 2-5 STATUS FROM 0-NEW TO 3-
                                     LEFT MSG
                                   05/13/13  12:27  CC/CC                  Y1W
                                     F SCREEN INDEX 1-3 VIEWED
                                   05/13/13  12:28  TO/NL  7274302220      Y1W
                                   05/13/13  12:28  CC/CC                  Y1W
                                     F SCREEN INDEX 2-4 VIEWED
                                   05/13/13  12:29  TO/NL  9253382445      Y1W
                                   05/23/13  12:33  AM/LR                  SYS
                                     ----------AMEX SENT LETTER----------
                                     ------EXPIRATION DATE-20130606------
                                     --LETTER-6E SIF 50 , 12MO-----------
                                   05/23/13  15:22  AM/LR                  SYS
                                     ----------AMEX SENT LETTER----------
                                     ------EXPIRATION DATE-20130606------
                                     --LETTER-6E SIF 50 , 12MO-----------
                                   05/23/13  15:33  SK/SK                  Y1W
                                   05/30/13  20:10  CC/CC                  SYS
                                     F SCREEN 3-5 ADDED 6144721047
                                   06/03/13  13:47  TA/    631             CMG
                                   06/04/13  18:05  TA/    702             ANG
                                   06/06/13  22:25  CC/CC  ACCT VIEW ONLY  PE8
                                   06/08/13  11:20  TR/NA                  PE8
                                   06/08/13  11:21  CC/CC                  PE8
                                     F SCREEN INDEX 2-3 VIEWED
                                   06/08/13  11:21  TO/NL  9253494877      PE8
                                   06/08/13  11:22  CC/CC                  PE8
                                     F SCREEN 2-5 STATUS FROM 3-LEFT MSG
                                     TO 0-NEW
                                   06/08/13  11:22  TO/NL  9253495138      PE8
                                   06/08/13  11:24  CC/CC                  PE8
                                     F SCREEN 2-4 STATUS FROM 0-NEW TO 6-
                                     CEASE CALLS
                                   06/08/13  11:24  TO/IE                  PE8
                                     SW UIF GV MRD SD IS WRONG NUM...GV
                                     DNC DISC...9253382445
                                     Page 5
```

NCO 0019

```
      1285701
06/08/13  11:24  CC/CC  GAVE MRD         PE8
06/08/13  11:24  CC/CC  AUX1 POS 54 -    PE8
06/08/13  11:24  CC/CC  AUX1 POS 55 -    PE8
06/08/13  11:24  CC/CC  AUX1 POS 56 -    PE8
```

LN1723   RITCHIE, TODD                                Page 6

```
-----------PAYMENTS--------------   --------------TRANSACTIONS--------------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                   06/08/13  11:25  CC/CC                  PE8
                                     F SCREEN INDEX 3-5 VIEWED
                                   06/08/13  11:25  TO/NL  6144721047      PE8
                                   06/08/13  11:26  CC/CC                  PE8
                                     F SCREEN INDEX 1-2 VIEWED
                                   06/08/13  11:26  TO/NL  3523750095      PE8
                                   06/08/13  11:28  CC/CC                  PE8
                                     F SCREEN INDEX 1-3 VIEWED
                                   06/08/13  11:28  TO/NA  7274302220      PE8
                                   06/08/13  11:29  CC/CC                  PE8
                                     F SCREEN INDEX 1-5 VIEWED
                                   06/08/13  11:29  TO/NL  3523751888      PE8
                                   06/08/13  11:30  CC/CC                  PE8
                                     F SCREEN 2-1 STATUS FROM 0-NEW TO 6-
                                     CEASE CALLS
                                   06/08/13  11:30  TO/IE                  PE8
                                     SW UIF GV MRD SD IS WRONG NUM...
                                     3523334950
                                   06/08/13  11:30  CC/CC  GAVE MRD        PE8
                                   06/08/13  11:31  FX/NL                  PE8
                                   06/08/13  11:31  SK/SK                  PE8
                                     RAN DAW SEARCH FOUND NO INFO
                                   06/08/13  11:31  FX/NL                  PE8
                                   06/08/13  11:31  SK/SK                  PE8
                                     RAN ADD REV SEARCH ON DA FOUND NO
                                     INFO
                                   06/08/13  11:32  FX/NL                  PE8
                                   06/08/13  11:32  SK/SK                  PE8
                                     RAN PAW SEARCH FOUND NO INFO
                                   06/09/13  06:31  IU/IN                  SYS
                                   06/14/13  17:56  OH/NA                  N8P
                                   06/15/13  16:56  OH/NA                  CGD
                                   06/17/13  18:32  OH/NA                  B1S
                                   06/23/13  05:04  AM/LR                  SYS
                                     ----------AMEX SENT LETTER----------
                                     ------EXPIRATION DATE-20130706------
                                     --LETTER-6E SIF 50 , 12MO-----------
                                   06/24/13  08:22  FX/NL                  PE8
                                   06/24/13  08:22  SK/SK                  PE8
                                   06/26/13  19:01  TA/    656             ANG
                                   06/27/13  15:47  OH/NA                  CGB
                                   07/02/13  13:04  OH/NL                  CKC
                                   07/03/13  19:54  OH/NA                  CKB
                                   07/10/13  16:51  OH/NA  9596 NA         CGD
                                   07/10/13  23:21  CC/CC  ACCT VIEW ONLY  HJO
                                   07/11/13  12:53  OH/NL  9596 NL         CGD
                                   07/12/13  14:23  OH/NL                  AIU
                                     Page 6
```

NCO 0020

```
          1285701
          07/15/13  14:06  OH/NL                          B91
          07/16/13  14:44  OH/NL                          BD1
          07/17/13  13:56  OH/NL                          BD1
          07/18/13  12:43  TA/      702                   AY3
          07/19/13  12:16  OH/IE                          CRA
          07/22/13  13:46  AM/LR                          SYS
          ----------AMEX SENT LETTER----------
```

LN1723   RITCHIE, TODD                              Page 7

```
----------PAYMENTS---------------  --------------TRANSACTIONS--------------
--Date--      Amount   Code  Rate  --DATE--  TIME  AC/RC  ----COMMENT----  ID

                                   ------EXPIRATION DATE-20130805------
                                   --LETTER-05 SIF----------------------
                                   07/22/13  14:41  OH/NA                  CPZ
                                   07/23/13  11:29  OH/NL                  CRA
                                   07/24/13  16:56  OH/NL                  WJ6
                                   07/25/13  14:15  OH/NA                  CQ3
                                   07/26/13  16:20  OH/NA                  QFZ
                                   07/29/13  18:45  OH/NA                  CQF
                                   07/30/13  20:44  OH/NL                  CRO
                                   07/31/13  18:34  OH/NL                  CQ1
                                   08/02/13  13:08  OH/NL                  CPN
                                   08/03/13  13:54  TA/      674           ANG
                                   08/05/13  11:39  OH/NL                  CQX
                                   08/07/13  16:33  OH/NL                  CPX
                                   08/08/13  11:37  OH/NL                  CRO
                                   08/12/13  11:21  OH/NL                  CQ1
                                   08/13/13  15:56  OH/NL                  CPN
                                   08/16/13  17:00  OH/NL                  B1R
                                   08/25/13  05:32  CC/CC                  SYS
                                   RETURN RGNOM 1-372577540651004
                                   11/22/13  11:44  IU/C1  RCVD LAWSUIT    GOT
                                   11/22/13  11:44  TA/      692           GOT
                                   11/22/13  11:45  CC/CC                  GOT
                                   A1-2149 NW 87TH TER
                                   11/22/13  11:45  CC/CC  ADDRESS 2       GOT
                                   11/22/13  11:45  CC/CC                  GOT
                                   CSZ-GAINESVILLE    FL 326060000
                                   11/22/13  11:45  CC/CC  HP-9258179596   GOT
                                   11/22/13  11:45  CC/CC                  GOT
                                   HP SWITCH TYPE C-U
                                   11/22/13  11:45  CC/CC  HP CONSENT M-U  GOT
                                   11/22/13  11:45  CC/CC  AUX1 POS 14 -   GOT
                                   11/22/13  11:45  CC/CC                  GOT
                                   AUX1 POS 15 - 00-00-00
                                   11/22/13  11:46  CC/CC  A01-ADDED POA   GOT
```

Date Printed:  Nov 22, 2013

Page 7

NCO 0021

1285701

Page  8

NCO 0022