Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD RITCHIE | Case No.  13-cv-05277-SC |
| Plaintiff, | STIPULATION TO CONTINUE |
| vs. | MOTION FOR SUMMARY |
| NCO FINANCIAL SYSTEMS, INC., | JUDGMENT, MEDIATION DATE, |
| and DOES 1-10, inclusive, | AND ~~PROPOSED~~ ORDER |
| Defendants. | [Local Rule 6-2] |

/ / /
/ / /
/ / /
/ / /
/ / /

1.      This case has been referred to mediation.  [Dkt. 13.]

2.      Andre Hassid, Esq., has been appointed as mediator.  [Dkt. 18.]

3.      The parties and the mediator had scheduled May 12, 2013, to conduct mediation.  This is also the mediation completion date.

4.      On May 5, 2014, Defendant filed its Motion for Summary Judgment which is set to be heard on June 20, 2014.  [Dkt. 23.]

5.      The undersigned hereby agree to the following:

a. Mediation is continued to **July 24, 2014** at 10:00 a.m.

b. Defendant's Motion for Summary Judgment is continued to **September 5, 2014** at 10:00 a.m.

i.   Plaintiff shall have until **July 18, 2014** to file his Opposition to Defendant's Motion for Summary Judgment.

ii.  Defendant shall have until **August 22, 2014** to file its Reply to Plaintiff's Opposition.

6.      Defendant's Motion for Summary Judgment and Plaintiff's Opposition will serve as the parties' written mediation statements.

7.      The mediator concurs with this continuance request.

Dated: May 6, 2014          LAW OFFICES OF NICOLAS C. VACA
                            __/s/ Nicolas C. Vaca_____
                            Nicolas C. Vaca, Esq.
                            Attorney for Plaintiff
                            Todd Ritchie

Dated: May 6, 2014          SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.
                            __/s/ Damian P. Richard_____
                            Damian P. Richard, Esq.
                            Attorneys for Defendant
                            NCO Financial Systems, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:  __05/08/2014__          _____
                               Honorable Samuel Conti
                               U.S. District Court Judge