Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD RITCHIE | Case No.  13-cv-05277-SC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., and DOES 1-10, inclusive, | Date: September 5, 2014<br>Time: 10:00 a.m. |
| Defendants. | Courtroom: 1-17th Floor<br>Judge: Hon. Samuel Conti |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE that this case has settled. The parties request that this Honorable Court allow sixty (60) days for the parties to file a dismissal of this case with prejudice. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this August 27, 2014.

By:         LAW OFFICES OF NICOLAS C. VACA

*/s/ Nicolas C. Vaca*
Nicolas C. Vaca, Esq.
Attorney for Plaintiff
Todd Ritchie

By:         SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Damian P. Richard*
Damian P. Richard, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.

NOTICE OF SETTLEMENT

2