Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD RITCHIE<br><br>　　　　Plaintiff,<br><br>　vs.<br>NCO FINANCIAL SYSTEMS, INC.,<br>and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  13-cv-05277-SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Samuel Conti |

　　　　PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a), Plaintiff, Todd Ritchie, dismisses the above-mentioned matter, with prejudice, with each party bearing their own costs.

　　　　Respectfully submitted this November 7, 2014.

　　　　　　　　　　　MELENDEZ & VACA LLP

　　　　　　　　　　　*/s/Nicolas C. Vaca*
　　　　　　　　　　　Nicolas C. Vaca
　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　Todd Ritchie

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

        */s/Damian P. Richard*
        Damian P. Richard
        Attorney for Defendant
        NCO Financial Systems, Inc.